**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| William Jude Hart, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR SERVICE** |
| vs. | ) | |
| | ) | |
| Leann Bertsch, et. al., | ) | Case No. 1:14-cv-013 |
| | ) | |
| Defendants. | ) | |

Plaintiff filed an amended complaint with the court on March 12, 2014. This matter is now before the undersigned for an initial review as mandated by 28 U.S.C. §1915A.

The undersigned has reviewed the complaint and is not prepared to conclude at this point that no claim for relief has been stated. Accordingly, it is hereby **ORDERED** that the Clerk's office shall effectuate service of the summons and amended complaint upon the defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure and, if necessary, that the service be made by the United States Marshals Service.

Dated this 8th day of April, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge