# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| William Jude Hart, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Leann K. Bertsch, et. al., | ) | Case No. 1:14-cv-013 |
| | ) | |
| Defendants. | ) | |

The final pretrial conference set for August 25, 2015, at 1:30 p.m. before the undersigned is cancelled with the understanding that it shall be rescheduled as necessary at a future date and time.

**IT IS SO ORDERED.**

Dated this 4th day of August, 2015.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr., Magistrate Judge
>  United States District Court