# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| William Jude Hart, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Leann K. Bertsch, et. al., | ) | |
| | ) | Case No. 1:14-cv-013 |
| Defendants. | ) | |

The court shall conduct a status conference with the parties by telephone on March 30, 2016, at 3:00 p.m. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 29th day of March, 2016.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court