# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| William Jude Hart, | ) |
|       Plaintiff, | ) **ORDER** |
| vs. | ) |
| Leann K. Bertsch, et. al., | ) Case No. 1:14-cv-013 |
|       Defendants. | ) |

On August 11, 2016, defense counsel filed "Notices of Substitution of Successor to Public Office." (Docket Nos. 58 and 59). Accordingly, Don Olson, Industry Manager at Rough Rider Industries, shall be substituted for Defendant Bruce Korte. Colby Braun, Warden of the North Dakota State Penitentiary, shall be substituted for Defendant Robyn Schmalenberger.

**IT IS SO ORDERED.**

Dated this 15th day of August, 2016.

                                                      */s/ Charles S. Miller, Jr.*
                                                      Charles S. Miller, Jr., Magistrate Judge
                                                      United States District Court